NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARIA KAZOURIS,                        )
                                       )
            Petitioner,                )
                                       )
v.                                     )          Case No. 2D18-3327
                                       )
THE CITY OF TARPON SPRINGS,            )
                                       )
            Respondent.                )
_____ )

Opinion filed February 8, 2019.

Petition for Writ of Certiorari to the Circuit
Court for Pinellas County; Jack R. St.
Arnold, Judge.

Maria Kazouris, pro se

Jay Daigneault of Trask · Daigneault, LLP,
Clearwater, for Respondent.


PER CURIAM.


        Denied.


NORTHCUTT, MORRIS, and ROTHSTEIN-YOUAKIM, JJ., Concur.